# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Heston, Mary J. | US Bankruptcy Court, Western District of Washington | 04/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   ☐ Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> 5b. ✔ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Union Station
1717 Pacific Ave #2100
Tacoma, WA 98402-3233

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Administrator of Estate #1 | Estate of Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heston, Mary J.** | 05/20/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 16-18 ,2018 | Washington DC | To Attend Meeting of Fellows, Participate in Pro Bono and Bankruptcy Judges Committee | Meals, transportation and hotel |
| 2. | Turnaround Management Association | February 7-9, 2018 | Las Vegas, NV | To attend a meeting on certification of turnaround practitioners and a conference | Hotel for two nights |
| 3. | Eastern District of Washington, Federal Bankruptcy Bar Association | June 14-17, 2018 | Winthrop, WA | To speak at seminar sponsored by federal bar association | Hotel, partial transportion and meals. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Heston, Mary J.** | 05/20/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | National Conference of Bankruptcy Judges | October 27-31, 2018 | San Antonio, TX | To attend meetings and educationconference sponsored by NCBJ | Hotel for two nights |
| 5. | American Bankruptcy Institute Southwest Conference | September 6-8, 2018 | Las Vegas, NV | To speake at a seminar sponsored by ABI | Hotel, transportation and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions )*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Cards | K |
| 2. JP Morgan Chase | Credit Cards | L |
| 3. Hilton Grand Vacation Club | Loan for Vacation Club | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 05/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. s;lk Merrill Lynch Cash Management Account Bank of America, NA (H) | | None | J | T | | | | | |
| 2. INVESCO EMERGING MARKETS (PCY) IRA FUNDS | A | Dividend | J | T | | | | | |
| 3. INVESCO PREFERRED ETF (PGX) IRA FUNDS | A | Dividend | J | T | | | | | |
| 4. ISHARES IBOXX $ (LQD) IRA FUNDS | A | Dividend | K | T | | | | | |
| 5. ISHARE TIPS BONDS (TIP) IRA FUNDS | A | Dividend | J | T | | | | | |
| 6. ISHARES 3-7 YEAR (ETF) IRA FUNDS | A | Dividend | J | T | | | | | |
| 7. ISHARES MBF ETF (MBB) IRA FUNDS | A | Dividend | K | T | | | | | |
| 8. ISHARES IBOX$ HIGH YIELD (HYG) IRA FUNDS | A | Dividend | J | T | | | | | |
| 9. SHARES INC CORE MSCI (IEMG) IRA FUNDS | B | Dividend | K | T | | | | | |
| 10. ISHARES INC CORE MSCI EAF (IEFA) IRA FUNDS | C | Dividend | L | T | | | | | |
| 11. VANEK VECTORS J.P. (EMLC) IRA FUNDS | A | Dividend | J | T | | | | | |
| 12. VANGUARD SMALL CAP VALUE (VBR) IRA FUNDS | A | Dividend | J | T | | | | | |
| 13. VANGUARD SMALL CAP GROWTH (VBK) IRA FUNDS | A | Dividend | K | T | | | | | |
| 14. VANGUARD VALUE ETF (VTV) IRA FUNDS | C | Dividend | M | T | | | | | |
| 15. VANGUARD GROWTH ETF (VUG) IRA FUNDS | B | Dividend | L | T | | | | | |
| 16. VANGUARD INTERMEDIATE TERM BONDS(BIV) IRA FUNDS | A | Dividend | K | T | | | | | |
| 17. POWERSHARES EM SOVEREIGN IRA FUNDS | | None | | | | | | | EXCHANGED FOR INVESCO #2 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 05/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. POWERSHARES PREFERRED IRA FUNDS | None | | | | | | | | EXCHANGED FOR INVESCO #3 |
| 19. ISHARES TIPS BONDS (TIP) IRA FUNDS | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 20. VANGUARD SHORT TERM BONDS (BSV) IRA FUNDS | A | Dividend | K | T | Buy | 01/31/18 | J | | |
| 21. VANGUARD INTERMEDIATE TERM BONDS (BIV) IRA FUNDS | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 22. ISHARES 3-7 YEAR TREASUREY BOND ETF (IEI) IRA FUNDS | B | Dividend | K | T | Buy | 01/31/18 | J | | |
| 23. VANGUARD SMALL CAP GROWTH (ETF) IRA FUNDS | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 24. VANGUARD SMALL CAP VALUE (VBR) IRA FUNDS | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 25. VANGUARD SMALL CAP VALUE (VBR) IRA FUNDA | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 26. ISHARES IBOXX$ INVT GRADE CORP (LQD) IRA FUNDS | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 27. ISHARES MBS ETF (MBB) IRA FUNDS | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 28. VANGUARD INTERMEDIATE BOND (BIV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 29. VANGUARD VALUE (VTV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 30. VANGUARD SMALL CAP VALUE ETF (VBR) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 31. INVESCO EMERGING MARKETS SOVEREIGN | A | Dividend | J | T | Sold (part) | 06/20/18 | J | A | |
| 32. VANEK VECTORS J.P. (EMLC) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/20/18 | J | A | |
| 33. ISHARES INC CORE MSCI EAF (IEFA) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/20/18 | J | A | |
| 34. VANGUARD SMALL CAP VALUE (VBR) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 05/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES TIPS BONDS (TIP) IRA FUNDS | A | Dividend | J | T | Sold | 06/14/18 | J | A | |
| 36. VANGUARD SMALL CAP GROWTH (VBK IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 37. VANGUARD SHORT TERM BONDS (BSV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 38. ISHARES 3-7 YEAR TREASURY BOND ETF (IEI) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 39. VANGUARD VALUE (VTV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 40. ISHARES INC CORE MSCI EMERGING MKTS (IEMG) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 41. ISHARES CORE MSCI EAF (IEFA) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 42. ISHARES MBS ETF (MBB) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 43. VANGAURD GROWTH ETF (VUG) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 44. VANGUARD INTERMEDIATE TERM BONDS (BIV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 45. ISHARES IBOXX $ INVT GRAD CORP. BOND (LQD) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 46. INVESCO EMERGING MARKETS SOVEREIGN (PGY) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/14/18 | J | A | |
| 47. VANGUARD SMALL CAP GROWTH ETF (VBK) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 48. ISHARES MBS ETF (MBB) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 49. ISHARES 3-7 UEAR TREASURY BOND (IEI) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 50. VANGUARD INTERMEDIATE TERM BOND (BIV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 51. ISHARES IBOXX $ INVT GRAD CORP BOND (LQD) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 05/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES CORE MSCI EMERGING MKTS (IEMB) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 53. INVESCO PREFERRED ETF (PGX) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 54. VANGUARD GROWTH ETF (VUG) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | K | A | |
| 55. VANGUARD VALUE (VTV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | K | A | |
| 56. ISHAARES IBOXX$ HIGH YIELD CORPORATE (HYG) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 57. VANGUARD SHORT TERM BONDS (BSV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 58. ISHARES TIPS BOND ETF (TIP) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 59. VANEK VECTORS JP MORGAN (EMLC) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 60. VANGUARD SMALL CAP VALUE ETF (VBR) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 61. INVESCO EMERGING MARKETS SOVEREIGN (PCY) IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | J | A | |
| 62. ISHARES TR CORE MSCI EAF ETP (IEFA)IRA FUNDS | A | Dividend | J | T | Sold (part) | 06/12/18 | K | A | |
| 63. ISHARES TR CORE MSCI EAF ETF (IEFA) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 64.. ISHARES TIPS BOND ETF (TIP) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 65. VANGUARD SHORT TERM BOND (BSV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 66. VANGUARD INTERMEDIATE TERM BOND (BIV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 67. VANGUARD VALUE ETF (VTV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 68. ISHARES 3-7 YEAR TREASURY BOND (IEI) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 05/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES MBS ETF (MBB) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 70. VANGUARD SMALL CAP VALUE ETF (VBR) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 71. ISHARES IBOXX $ INVT GRADE CORP. BONDS (LQD) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 72. VANGUARD SHORT TERM BOND (BSV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 73. VANGUARD GROWTH ETF (VUG) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 74. VANGUARD INTERMEDIATE TERM BONDS (BIV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 75. ISHARES MBS ETF (MBB) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 76. VANGUARD SMALL CAP GROWTH (VBK) IRA FUNDS | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 77. ISHARES MSCI JAPAN ETF (SHS) iRA FUNDS | A | Dividend | | | Sold | 03/08/18 | K | A | |
| 78. ISHARES MSCI CDA ETF (EWC) iRA FUNDS | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 79. ISHARES MSCI SWEDEN ETF (EWD) IRA FUNDS | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 80. ISHARES MSCI PACIFC EX_JAPAN (EPP) IRA FUNDS | A | Dividend | | | Sold | 03/08/18 | K | A | |
| 81. ISHARES MSCI SWITZERLAND ETF (EWL) IRA FUNDS | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 82. ISHARES MSCI EUROZONE ETF (EZU) IRA FUNDS | A | Dividend | | | Sold | 03/08/18 | K | A | |
| 83. ISHARES MSCI UK ETF (EWU) IRA FUNDS | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 84. VANGUARD GROWTH ETF (VUG) IRA FUNDs | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 85. ISHARES MSCI EUROZONE ETF (EZU) IRA FUNDS | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,00 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 05/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ISHARES MSCI JAPAN (EWJ) IRA FUNDS | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 87. VANGUARD VALUE (VTV) IRA FUNDS | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 88. ISHARES MSCI UK (EQU)I RA FUNDS | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 89. ISHARES INC> CORE MSCI EMERGING MKTS (IEMG) IRA FUNDS | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 90. ESTATE #1 BANK ACCT | A | Interest | J | T | | | | | |
| 91. ESTATE #1 MET LIFE SHARES | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,00( | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heston, Mary J.** | 05/20/2020 |

*VIII.* **ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Heston, Mary J.** | 05/20/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary J. Heston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544